David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
(602) 265-3332
(602) 230-4482

Attorneys for Plaintiff
Teresa McGlothlin

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Teresa McGlothlin<br><br>Plaintiff,<br><br>v.<br><br>Reasonable Solutions, LLC d/b/a RS Processing; Harriet Jackson,<br><br>Defendants. | **Case No: 2:15-cv-02469**<br><br>**Unilateral Dismissal Without Prejudice** |

Please take Notice that pursuant to F.R.C.P. 41(a)(1)(A)(i) Plaintiff hereby dismisses this matter without prejudice.

**Hyde & Swigart**

Date: March 21, 2016                    By: _/s/ David J. McGlothlin_
                                              David J. McGlothlin
                                              Attorneys for Plaintiff